## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02777-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address
75.71.108.140,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. Defendant, was assigned the IP address 75.71.108.140. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.


Dated:  October 30, 2014

                          Respectfully submitted,

                          By:  */s/ Jason A. Kotzker*
                          Jason A. Kotzker
                          Jason@klgip.com
                          KOTZKER LAW GROUP
                          9609 S. University Blvd. #632134
                          Highlands Ranch, CO  80163
                          Phone:  720-330-8329
                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ Jason A. Kotzker_____
Jason A. Kotzker